554

as *amici curiae,* in support of respondents.

No. 869.   TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL.   See *ante,* p. 545.

No. 919.   STEELEY *v.* KURN ET AL., TRUSTEES.   See *ante,* p. 545.

No. 686.   REITZ *v.* MEALEY, COMMISSIONER OF MOTOR VEHICLES.   See *post,* p. 597.

No. 906.   UNITED STATES *v.* TEXAS ET AL.   May 12, 1941.   Petition for writ of certiorari to the Court of Civil Appeals, 2nd Judicial District, of Texas, granted.   *Solicitor General Biddle* for the United States.

No. 909.   UNITED STATES *v.* KANSAS FLOUR MILLS CORP. May 12, 1941.   Petition for writ of certiorari to the Court of Claims granted.   *Solicitor General Biddle* for the United States.   *Mr. Phil D. Morelock* for respondent.

No. 926.   PARKER, DEPUTY COMMISSIONER, *v.* MOTOR BOAT SALES, INC.   May 12, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.   *Solicitor General Biddle* for petitioner. *Mr. Minitree Jones Fulton* for respondent.